MICHAEL W. MOORE (ISBN 1919)
CRAIG STACEY (ISBN 7996)
MOORE & ELIA, LLP
Post Office Box 6756
Boise, Idaho 83707
Telephone: (208) 336-6900
Facsimile: (208) 336-7031

Attorneys for Defendant The Standard Fire Insurance Co.

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF IDAHO

| | |
|---|---|
| GREGORY AND CHADRINA CRANDALL, husband and wife, )<br><br>Plaintiffs, )<br><br>vs. )<br><br>THE STANDARD FIRE INSURANCE COMPANY ONE OF THE TRAVELERS PROPERTY CASUALTY COMPANIES, )<br><br>Defendants. ) | **NOTICE OF REMOVAL**<br><br>**FILING FEE: $350.00** |

REMOVAL FROM IDAHO STATE DISTRICT COURT TO U.S. DISTRICT COURT

TO: PLAINTIFFS AND THEIR ATTORNEYS OF RECORD, KEVIN DINIUS and MICHAEL J. HANBY of DINIUS LAW; and THE CLERK OF THE ABOVE-ENTITLED COURT:

NOTICE is hereby given that Defendant THE STANDARD FIRE INSURANCE COMPANY, a company incorporated in Connecticut, by and through its attorneys of record, Moore & Elia, LLP, hereby removes the above-captioned action from Idaho State Court, Canyon

**NOTICE OF REMOVAL - P. 1**

County, to the United States District Court for the District of Idaho pursuant to 28 U.S.C. §§ 1332, 1441 (b) and 1446, based on the following grounds:

First: That The Standard Fire Insurance Company is the Defendant in Civil Case No. CV-10-6465 brought against it in the District Court of the Third Judicial District of the State of Idaho, in and for the County of Canyon, entitled *Gregory and Chadrina Crandall v. The Standard Fire Insurance Company One of The Travelers Property Casualty Companies*. A copy of the Summons and Complaint from that case is attached hereto, together with a copy of the Idaho State Court Docket Sheet from Canyon County District Court and all other pleadings and filings in said Idaho State court action. According to Canyon County District Court staff, those matters contained in the file in State Court include the following:

1) Docket Sheet (Exhibit 1)

2) Summons (Exhibit 2)

3) Complaint and Demand for Jury Trial (Exhibit 3)

4) Notice of Appearance (Exhibit 4)

5) Notice of Service of Process (Exhibit 5)

6) Motion to Disqualify Under Rule 40d(1)(A) (Exhibit 6)

7) Order of Disqualification (Exhibit 7)

8) Order of Assignment (Exhibit 8)

9) Stipulation for Dismissal of Certain Party Defendants (Exhibit 9)

10) Notice of Service of a Discovery Document (Exhibit 10)

11) Order for Dismissal of Certain Party Defendants (Exhibit 11)

12) Notice of Service Re: Discovery (Exhibit 12)

13) Notice of Service (Exhibit 13)

NOTICE OF REMOVAL - P. 2

Second: The *Crandall* Complaint, Case No. CV 10-6465 was originally filed in Canyon County, Idaho, on June 10, 2010. (See Exhibit 3). Subsequently, an order was entered by the Court dismissing all defendants except The Standard Fire Insurance Company. (See Exhibit 11).

Third: The subject action is one where there is a complete diversity of citizenship between Plaintiffs and the Defendant. As is reflected in Affidavit of Counsel in Support of Removal, Plaintiffs are residents of Nampa, Idaho and Defendant is a Company incorporated in Connecticut with a principal place of business in Hartford, Connecticut.

Fourth: The case involves a settlement of a claim arising out of an insurance policy between The Standard Fire Insurance Company and the Crandalls. All defendants other than The Standard Fire Insurance Company were dismissed from the litigation by order on August 16, 2010. (See Exhibit 11). Defendant submitted discovery to ascertain whether Plaintiffs contended that the claims in dispute met the jurisdictional requirements of Federal Court. Plaintiffs' Complaint seeks damages for breach of contract, breach of the implied covenant of good faith and fair dealing, bad faith, intentional infliction of emotional distress, and negligent infliction of emotional distress. In their Complaint, Plaintiffs asserted in each of the claims that the precise amount of the damages was <u>not</u> presently ascertainable, but exceeded the sum of $25,000. On August 10, 2010, Defendant received Plaintiffs' Responses to Defendant's First Set of Requests for Admission. (See Exhibit 10). In that document Plaintiffs stated that they contend that their claims exceed the sum or value of $75,000, exclusive of interest and costs. (*Ibid.*). Plaintiffs' discovery response was the first indication in this lawsuit that Plaintiffs' were claiming more than $75,000.00 in damages. While Defendant disagrees with Plaintiff's claims, the amount in controversy is now established to exceed the jurisdictional amount set forth in 28

**NOTICE OF REMOVAL - P. 3**

U.S.C. §1332. Based on the forgoing, this Notice of Removal is filed within thirty (30) days after Defendant first ascertained that the case is one which is or has become removable from Plaintiffs' Responses to Defendant's First Set of Requests for Admission. (See Exhibit 10). This case was not removable based on the allegations in Plaintiff's initial pleading. (28 U.S.C. 1441(b)) (Removal is timely if the defendant files a notice of removal within thirty days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable).

Pursuant to the local rules of this Court, all pleadings filed in the Idaho State District Court to this Defendant's knowledge, are attached hereto as Exhibits 1- 13, including a copy of the Registry of Action from the Canyon County District Court.

A copy of the Notice of Removal is being served on all adverse parties and is being filed with the Clerk of the District Court of the Third Judicial District of the State of Idaho, in and for the County of Canyon. As the controversy herein is between the Plaintiffs, Nampa, Idaho residents, and the Defendant, a Company incorporated in Connecticut with a principal place of business in Hartford, Connecticut, the case involves parties who are citizens of different states and the amount in controversy exceeds $75,000, giving rise to jurisdiction in this Federal Court pursuant to 28 U.S.C. §1332.

NOTICE OF REMOVAL - P. 4

WHEREFORE, Defendant prays that this cause proceed in the United States District Court for the District of Idaho as an action properly removed thereto.

Dated this 8 day of September, 2010.

                MOORE & ELIA, LLP


                By _____
                   Craig Stacey, of the firm
                   Attorneys for Defendant

CERTIFICATE OF MAILING

I HEREBY CERTIFY that on this _8__ day of September, 2010, I served a true and correct copy of the foregoing document, by the method indicated below, and addressed to the following:

| Kevin E. Dinius<br>Dinius Law<br>5680 E. Franklin., Suite 130<br>Nampa, Idaho 83687<br>*Attorney for Plaintiffs* | __✓__ U.S. Mail, postage prepaid<br>_____ Hand Delivered<br>_____ Overnight Mail<br>_____ Facsimile Transmission   208-475-0101<br>_____ E-Mail |
|---|---|

_____
Craig Stacey

NOTICE OF REMOVAL - P. 6